UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD WALTER WELDON, *pro se,*

    Plaintiff,

v.                                                             Case No: 8:10-CV-1220-T-30EAJ

INGAHM COUNTY FRIEND OF THE
COURT, et al.,

    Defendants.
_____/

## **ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #4) and the Objection (Dkt. #6) filed thereto.

    After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objection, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED without prejudice.

3. Should Plaintiff choose to do so, he may file an Amended Complaint within twenty (20) days of the date of this Order.

4. Should Plaintiff fail to file an Amended Complaint within twenty (20) days of the date of this Order, this case shall be dismissed for lack of subject matter jurisdiction and/or Plaintiff's failure to state a claim.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2010\10-cv-1220.adopt 4.wpd